IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARVELL BUCKLEY**                                                       **PLAINTIFF**

**VERSUS**                                      **CIVIL ACTION NO. 1:22-cv-00260-BWR**

**FLOYD SPOTTS**                                                   **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Defendant Warden Floyd Spotts's Motion [41] for Summary Judgment Based on Failure to Exhaust Administrative Remedies is **GRANTED**. This civil action is **DISMISSED WITHOUT PREJUDICE**, and this case is **CLOSED**.

**SO ORDERED AND ADJUDGED,** this 31st day of May, 2024.

*s/ Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE